UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Culbreth,

                                    Plaintiffs,

           -against-

Cappeli, et al.,

                                  Defendant.
-----------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

7:24-cv-00075-KMK-VR

**VICTORIA REZNIK, United States Magistrate Judge:**

      A Status Conference (via telephone) is hereby scheduled for **June 21, 2024 at 11 am.** The parties are to dial in to the ATT conference line at 877-336-1839, enter access code 5999739, then # to enter the conference. At the Status Conference, the parties should be prepared to discuss the following:

    (1) a brief summary of claims, defenses, and relevant issues;
    (2) the basis of subject matter jurisdiction;
    (3) the subjects on which discovery may be needed;
    (4) any anticipated discovery disputes or sought-after limitations on discovery;
    (5) any plans for electronic discovery and ESI protocols;
    (6) any plans for confidentiality orders and orders relating to Fed. R. Evid. 502(d);
    (7) any anticipated motions; and
    (8) the prospects and timing for early settlement or resolution.

**Re: Incarcerated Prisoners**

      *Incarcerated petitioners/plaintiffs shall participate in the conference by telephone (in lieu of a writ appearance). It is the responsibility of counsel for respondent/defendant to make prior arrangements with the appropriate facility to have the petitioner/plaintiff available via telephone.*
      SO ORDERED.

DATED:    White Plains, New York
               May 15, 2024

                                                                  _____
                                                                  VICTORIA REZNIK
                                                                    United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/2024