UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __ 10/7/2024 __
```

Culbreth,

                                             Plaintiffs,

                    -against-

Cappeli, et al.,

                                             Defendant.
-----------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

**7:24-cv-00075 KMK-VR**

**VICTORIA REZNIK, United States Magistrate Judge:**

A Status Conference (via telephone) is hereby scheduled for **October 11, 2024  at 10:30 am**  The parties are to dial in to the ATT conference line at 877-336-1839, enter access code 5999739, then # to enter the conference.

**Re: Incarcerated Prisoners**

***Incarcerated petitioners/plaintiffs shall participate in the conference by telephone (in lieu of a writ appearance). It is the responsibility of counsel for respondent/defendant to make prior arrangements with the appropriate facility to have the petitioner/plaintiff available via telephone.***
        **SO ORDERED.**

DATED:       White Plains, New York
             October 7, 2024

                                    _____
                                    VICTORIA REZNIK
                                    United States Magistrate Judge