**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
KAREEM CULBRETH,

                    Plaintiff,

      -against-                                 24 **CIVIL** 75 (KMK)

                                          **<u>JUDGMENT</u>**

DANIEL CAPPELI, et al.,

                    Defendants.
----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 5, 2026, the Court has granted Defendants' motion for summary judgment; accordingly, the case is closed.

**Dated:** New York, New York

        March 7, 2026

                                **TAMMI M. HELLWIG**
                             _____
                                **Clerk of Court**

                **BY:**              K. Mango

                                _____
                                **Deputy Clerk**